IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | Cause No. 4:10CR182 |
| ODETTE CAMPBELL | § | |

ORDER

ON THIS DAY came the United States of America and filed its Motion to Dismiss the thirty-five (35) count indictment filed in the above captioned case [de#39].  The court, having considered the same, is of the opinion that the Government's motion should be GRANTED.

It is therefore ORDERED that the thirty-five (35) count indictment filed in the above captioned case be hereby DISMISSED with prejudice on motion by the Government.

**SIGNED this the 18th day of September, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE